## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

SHIVA STEIN,                                        )
                                                    )
                    Plaintiff,                      )
                                                    )
            v.                                      )    Case No. 3:18-cv-000136
                                                    )
AETNA, INC., MARK T. BERTOLINI, ELLEN               )
M. HANCOCK, BETSY Z. COHEN, FRANK                   )
M. CLARK, EDWARD J. LUDWIG, JEFFREY                 )
E. GARTEN, FERNANDO AGUIRRE,                        )
MOLLY J. COYE, RICHARD J.                           )
HARRINGTON, JOSEPH P. NEWHOUSE,                     )
ROGER N. FARAH, AND OLYMPIA J.                      )
SNOWE,                                              )
                                                    )
                    Defendants.                     )

### NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned

action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court

before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's

dismissal of the Action is effective upon filing of this notice.

DATED:  March 2, 2018                      Respectfully submitted,

                                           **LEVI & KORSINSKY LLP**

**OF COUNSEL:**                            By:  /s/ Shannon L. Hopkins
                                           Shannon L. Hopkins
Benjamin Y. Kaufman                        733 Summer Street, Suite 304
Gloria Kui Melwani                         Stamford, CT 06901
**WOLF HALDENSTEIN ADLER**                 Tel:  (203) 922-4523
**FREEMAN & HERZ LLP**                     Fax:  (212) 363-7171
270 Madison Avenue                         Email:  shopkins@zlk.com
New York, New York 10016
Tel:  (212) 545-4600                       *Counsel for Plaintiff*
Fax: (212) 686-0114

Email: kaufman@whafh.com
Email: melwani@whafh.com

*Counsel for Plaintiff*